UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN C. ELDER et al.,

  Plaintiffs,

  vs.                                         No. 08-3102

NEIL WILLIAMSON et al.,

  Defendants

Order Granting Summary Judgment

The plaintiff challenges various conditions at Sangamon County Jail and deliberate indifference to his serious medical needs while he was detained at the Jail.

The defendants have filed for summary judgment. The plaintiff has not responded. Central District of Illinois Local Rule 7.1(D)(2) provides that ". . .[F]ailure to respond shall be deemed an admission of the motion [for summary judgment]." Additionally, the plaintiff was warned that the defendants' statement of facts would be accepted as true if the plaintiff failed to submit evidence to contradict those statements. Rule 56 Notice, d/e 58; *See also Smith v. Lamz*, 321 F.3d 680, 682-83 (7th Cir. 2003), *quoting Bordelon v. Chicago Sch. Reform Bd. of Trustees*, 233 F.3d 524, 529 (7th Cir. 2000)( . . . "[F]ailure to respond by the nonmovant as mandated by the local rules results in an admission. . . ." (citation omitted)).

Defendants undisputed motions show that Defendant Dr. Cullinan did not treat the plaintiff during his incarceration at the Jail (d/e 50), and that the plaintiff suffered no constitutional violations from the conditions or policies at the Jail (d/e 53). Accordingly, summary judgment will be granted to the defendants.

  IT IS THEREFORE ORDERED:

1)     The defendants' motions for summary judgment are granted (d/e's 50, 53). The clerk of the court is directed to enter judgment in favor of the defendants and against the plaintiff. All pending motions are denied as moot, and this case is terminated, with the parties to bear their own costs.

2)     If the plaintiff wishes to appeal this dismissal, he must file a notice of appeal with this court within 30 days of the entry of judgment. Fed. R. App. P. 4(a)(4). A

motion for leave to appeal *in forma pauperis* should set forth the issues the plaintiff plans to present on appeal.  See Fed. R. App. P. 24(a)(1)(C).

Entered this 19th Day of July, 2010.

**\s\Harold A. Baker**

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE